UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIDEL GALLARDO,

Plaintiff,

v.

CYNTHIA ROJAS, et al.,

Defendants.

Case No. 26-cv-09133-HSG

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: 10/21/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California